# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-243

| | |
|---|---|
| UNITED SUBCONTRACTORS, INC. )<br>d/b/a USI SOUTHERN FOAM, )<br>)<br>      **Plaintiff,** )<br>)<br>vs. )<br>)<br>MICHAEL C. SIMONS, )<br>)<br>      **Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Eleanor A. Kolton's Application for Admission to Practice *Pro Hac Vice* of David W. Long-Daniels. It appearing that David W. Long-Daniels is a member in good standing with the State Bars of Georgia and Alabama and will be appearing with Eleanor A. Kolton, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Eleanor A. Kolton's Application for Admission to Practice Pro Hac Vice (#5) of David W. Long-Daniels is

**GRANTED**, and that David W. Long-Daniels is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Eleanor A. Kolton.

Signed: September 6, 2017

Dennis L. Howell
United States Magistrate Judge