UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00243-MOC-DLH

| | |
|---|---|
| **UNITED SUBCONTRACTORS, INC.,** )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>**MICHAEL C. SIMONS,** )<br>)<br>Defendant. ) | ORDER OF DISMISSAL |

**THIS MATTER** is before the Court on plaintiff's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2). Having considered plaintiff's motion and reviewed the pleadings, and finding that defendant has consented to the proposed relief and that the proposed resolution of this matter is both fair and equitable, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) (#20) is **GRANTED**, the proposed Consent Order for Injunctive Relief (#20-1) is **APPROVED** and incorporated herein by reference as if fully set forth, and this action is **DISMISSED** with this Court retaining jurisdiction to enforce the provisions of the Consent Order (#20-1). The Clerk of Court is instructed to administratively close this action and cancel the November 9, 2017, hearing.

Signed: November 8, 2017



-1-